**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Brian Putnam, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:21-cv-00328-TWT-CCB |
| v. | ) | |
| | ) | |
| H& R Accounts, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant. Plaintiff and Defendant anticipate needing approximately 60 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant.

Respectfully submitted this 7th day of June, 2021.

                              **BERRY & ASSOCIATES**

                              */s/ Matthew T. Berry*
                              Matthew T. Berry
                              Georgia Bar No.: 055663
                              *matt@mattberry.com*
                              2751 Buford Highway, Suite 600
                              Atlanta, GA 30324
                              Ph. (404) 235-3300
                              Fax (404) 235-3333

2

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
*chris.armor@armorlaw.com*
Plaintiff's Attorneys